IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY CUTLER** | : | Civil No. 1:17-cv-1740 |
| **Plaintiff,** | : | |
| v. | : | |
| **ALAN SCHNITZER, ET AL.** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

On September 26, 2017, Plaintiff Jeffrey Cutler, proceeding *pro se*, filed a 152 page document titled, "Complaint for Fraud on the Court and Motion for Summary Judgment." (Doc. 1.) Federal Rule of Civil Procedure 8 requires a pleading, such as a complaint, to contain a short and plain statement of the plaintiff's claim, a demand for relief, and grounds for the court's jurisdiction. Fed. R. Civ. P. 8(a). Plaintiff's filing does not comply with Rule 8 in any aspect and is not a proper pleading. The filing does not set forth a cause of action, how each of the eleven Defendants are involved, and provides no basis for jurisdiction. Further, even if the filing was proper in all other respects, this court is not the proper venue. It appears that the actions in this matter took place in Lancaster, Pennsylvania, which is within the Eastern District of Pennsylvania, not the Middle District.

2

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's complaint is **DIMSSED WITH PREJUDICE** as amending the complaint would not cure the issue of improper venue.

                                                s/Sylvia Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: September 27, 2017